FILED
3/16/17 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BERNARD J. WETZEL                                    CASE NO.: 16-21390-GLT

AND                                                            CHAPTER 13

CHERYL A. WETZEL,

    DEBTORS                                        RELATED TO DOCKET NO.:65

_____

BERNARD J. WETZEL

AND

CHERYL A. WETZEL,                              RESPONSE DUE DATE : MARCH 6, 2017

    MOVANTS,                                 HEARING DATE & TIME: MARCH 22, 2017 AT
                                                          10:00 A.M. IN COURTROOM A, 54TH FLOOR

    v.

NO RESPONDENT,

**ORDER APPROVING COUNSEL FOR THE**
**DEBTOR**

    **AND NOW**, this  day of _16th Day of March        _, upon consideration of **the**
***Application for Approval to Employ Special Counsel Attorney Ryan James*** filed at Doc. No.
__65__(the "Application"), it is hereby **ORDERED, ADJUDGED** and **DECREED** as
follows:

    (1)  The Application is approved as of the date the Application was filed.

    (2)  Ryan James, Esquire, 1514 Lincoln Way, Suite 301-
302, White Oak, PA 15131 is hereby appointed as Special Counsel for the
Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

    (3)  Professional persons or entities performing services in this case are advised
that approval of fees for professional services will be based not only on the amount involved and
the results accomplished, but other factors as well, including:  the time and labor reasonably
required by counsel, the novelty and difficulty of the issues presented, the skill requisite to
perform the legal service properly, the preclusion of other employment due to acceptance of this
case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by
the client or the circumstances, the experience, reputation and ability of the attorneys involved,

the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

GREGORY L. TADDONIO,
UNITED STATES BANKRUPTCY JUDGE

cc:    Debtor
       Counsel
       Office of the U.S.
       Trustee

Form GLT – 309 (Rev.9/5/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21390-GLT
Bernard J Wetzel                                                          Chapter 13
Cheryl A Wetzel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 1          Date Rcvd: Mar 16, 2017
                             Form ID: pdf900      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2017.
db/jdb        +Bernard J Wetzel,   Cheryl A Wetzel,   1750 Sillview Drive,   Pittsburgh, PA 15243-1558
sp            +Ryan James,   1514 Lincoln Way,   Suite 301-302,   White Oak, PA 15131-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
         Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com,  cnoroski@grblaw.com
         John C. Brzustowicz   on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
         John C. Brzustowicz   on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
         Joseph A. Dessoye   on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
         Joseph P. Schalk   on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                           TOTAL: 10