## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 16-21390 |
| Bernard J. Wetzel and Cheryl A. Wetzel, | Chapter 13 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, **RYAN H. JAMES, ESQUIRE**, of **JAMES LAW, LLC**, of 1514 Lincoln Way, Ste. 301-302, White Oak, Pennsylvania 15131, **CERTIFY:** That I am, and all times hereinafter mentioned, more than 18 years of age; On March 29, 2017, I served a copy of the within **ORDER APPROVING COUNSEL FOR THE DEBTOR**, on all parties on the Service List. Service was made by one or more of the following types of service: electronic mail, telefax and/or via by First Class Mail upon the following parties or their legal counsel:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Avenue
PO Box 182789
Columbus, Ohio 43218

Bank of America
P.O. Box 982238
El Paso, TX 79998

Citibank Sears
P.O. Box 6189
Sioux Falls, SD 57117

Comenity Bank
P.O. Box 182789
Columbus, OH 43218

Credit One Bank NA
P.O. Box 98875
Las Vegas, NV 89193

Fashion Bug
P.O. Box 5252
Carol Stream, IL 60197

GMAC
P.O. Box 535160
Pittsburgh, PA 15253

GRCRB/Empire
c/o P.O. Box 965036
Orlando, FL 32896

Henry Reinstadtler
Box 355 East Shaffer Road
Ellwood City, PA 16117

Kohls/Capital One
N56W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

LSF8 Masters Participation Trust
Udren Law Offices 111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003

Scott Township
c/o Jerry S. Eisenberg, Esq.
Two Gateway Center, Suite 1673
Pittsburgh, PA 15222

Synchrony Bank/JC Penneys
4125 Windward Plaza
Alpharetta, GA 3005

Visa Dept. Store National Bank
9111 Duke Blvd.
Mason, OH 45040

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2017

s/ RYAN H. JAMES
Ryan H. James, Esquire (PA 313049)
JAMES LAW, LLC
1514 Lincoln Way, Suite 301-302
White Oak, Pennsylvania 15131
412-977-1827
412-896-1321 (Fax)
ryan@rhjameslaw.com