# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** BERNARD J & CHERYL A WETZEL
**Case Number:** 16-21390-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 13, 2017 01:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#56 - Final Confirmation of Plan Dated 11/17/2016 (N)
R / M #: 56 / 0

## *Appearances:*

Debtor: *No one appeared*
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 5-17-17 at 10:00.
10. _____ Other:

RECEIVED 2017 APR 17 P 2:04 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

4/6/2017    1:22:33PM