**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
MAY 18 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-21390-GLT |
| | : | Chapter: 13 |
| Bernard J Wetzel | : | |
| Cheryl A Wetzel | : | |
| | : | Date: 5/17/2017 |
| Debtor(s). | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #56 - Confirmation of Chapter 13 Plan Dated 11-17-16 (NFC)

**APPEARANCES:**
  Debtor:   John C. Brzustowicz
  Trustee:  Owen Katz

**NOTES:**

**OUTCOME:**

1. Notice of Oral Motion to Convert to Chapter 7 to be issued. Confirmation hearing continued to the same date as the hearing on the motion to convert. (Chambers to prepare).

**DATED:** 5/17/2017