FILED
6/12/17 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 16-21390-GLT |
| BERNARD J. WETZEL | : Chapter 13 |
| CHERYL A. WETZEL | : |
| | : |
| Debtors. | : Related to Dkt. Nos. 86 and 87 |
| | : |

**ORDER DISMISSING CASE WITHOUT
PREJUDICE AND TERMINATING WAGE ATTACHMENT**

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

    1.    The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

    2.    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

    3.    The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

    4.    The Clerk of Court shall give notice to all creditors of this dismissal

Dated: June 12, 2017

_____
GREGORY L. TADDONIO  cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bernard J Wetzel
Cheryl A Wetzel
    Debtors

Case No. 16-21390-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 2    Date Rcvd: Jun 12, 2017
                      Form ID: pdf900    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.

```
db/jdb         +Bernard J Wetzel,    Cheryl A Wetzel,    1750 Sillview Drive,    Pittsburgh, PA 15243-1558
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
sp             +Ryan James,    1514 Lincoln Way,    Suite 301-302,    White Oak, PA 15131-1725
14212400       +Avenue,    PO Box 182789,    Columbus, Ohio 43218-2789
14219955      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
14255579        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14219957       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14219958       +Cit Fin Serv,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14219959       +Citibank Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
14219961       +Comenity Bank/Sizes,    8035 Quivira Rd,    Lenexa, KS 66215-2746
14219960       +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14219962       +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
14219966       +Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
14219967       +Ford Credit,    Po Box 5253,    Carol Stream, IL 60197-5253
14219970        Henry Reinstadtler,    Bpx 355 East Shaffer Rd.,    Ellwood City, Pennsylvania 16117
14283576       +LSF8 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
14212402       +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14219973       +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, New York 08003-3620
14280907       +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14382971       +Rushmore Loan Management Services,    P.O.Box 55004,    Irvine, CA 92619-5004
14219975        Scott Twp.,    Scott Twp. Municipal Building,    301 Lindsay Dr.,
                 Scott Township, Pennsylvania 15106
14239801       +Township of Scott/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14219977       +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14219956       +E-mail/Text: bankruptcy@cavps.com Jun 13 2017 01:06:05      Calvary Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285-7288
14282198       +E-mail/Text: bnc@bass-associates.com Jun 13 2017 01:05:19      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
14212657       +E-mail/Text: bankruptcy@cavps.com Jun 13 2017 01:06:05      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14219963       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 13 2017 01:01:29      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14212401        E-mail/Text: mrdiscen@discover.com Jun 13 2017 01:05:20      Discover,    PO Box 15316,
                 Wilington, Delaware 19850
14219965        E-mail/Text: mrdiscen@discover.com Jun 13 2017 01:05:20      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14227689        E-mail/Text: mrdiscen@discover.com Jun 13 2017 01:05:20      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14284983       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 13 2017 01:06:25      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14219968       +E-mail/Text: ally@ebn.phinsolutions.com Jun 13 2017 01:05:19      G M A C,    Po Box 535160,
                 Pittsburgh, PA 15253-5160
14219969       +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:01:49      GRCRB/Empire,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14219971       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 13 2017 01:05:23      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14251064        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2017 01:01:31
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14219976       +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:01:49      Synchrony Bank/ JC Penneys,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              Chartiers Valley School District
cr              Duquesne Light Company
cr              LSF8 Master Participation Trust
cr              Township of Scott
cr              U.S. Bank National Association, not in its individ
14219974        Mt Lebanon School Efcu
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                  Date Rcvd: Jun 12, 2017
                               Form ID: pdf900             Total Noticed: 36

14219954*         +Avenue,   PO Box 182789,    Columbus, Ohio 43218-2789
14219964*        ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                  (address filed with court: Discover,    PO Box 15316,    Wilington, Delaware 19850)
14219972*         +LSF8 Masters Participation Trust,    Udren Law Offices,   111 Woodcrest Road, Suite 200,
                   Cherry Hill, NJ 08003-3620
                                                                                            TOTALS: 6, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ryan Harrison James    on behalf of Spec. Counsel Ryan  James ryan@rhjameslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 13
```