**Form 132**

**UNITED STATES BANKRUPTCY COURT**  96
**WESTERN DISTRICT OF PENNSYLVANIA**  amaz

In re:                                                       Bankruptcy Case No.: 16–21390–GLT

                                                             Chapter: 7

**Bernard J Wetzel**
**aka BJ Wetzel**                                            Cheryl A Wetzel
   Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**
**AND DETERMINATION OF TRUSTEE BOND**

   Rosemary C. Crawford is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 6/16/17                                              **Andrew R. Vara**
                                                             Acting United States Trustee

                                                             **Joseph S. Sisca**
                                                             Assistant United States Trustee
                                                             Western District of Pennsylvania

---

I Rosemary C. Crawford, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                             Rosemary C. Crawford

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21390-GLT
Bernard J Wetzel                                                        Chapter 7
Cheryl A Wetzel
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz            Page 1 of 1           Date Rcvd: Jun 16, 2017
                            Form ID: 132          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db/jdb         +Bernard J Wetzel,    Cheryl A Wetzel,    1750 Sillview Drive,    Pittsburgh, PA 15243-1558
aty            +John C. Brzustowicz,    Brzustowicz & Marotta, PC,    4160 Washington Rd.,    Suite 208,
                 McMurray, PA 15317-2533
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
tr             +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 17 2017 00:20:02
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              Ryan Harrison James    on behalf of Spec. Counsel Ryan   James ryan@rhjameslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 14