**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bernard J Wetzel**
**aka BJ Wetzel**
**Cheryl A Wetzel**
    Debtor(s)

Bankruptcy Case No.: 16–21390–GLT

Chapter: 7
Docket No.: 95 – 94

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Ronda J. Winnecour, Esq. has been removed as trustee from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: June 16, 2017

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bernard J Wetzel
Cheryl A Wetzel
    Debtors

Case No. 16-21390-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Jun 16, 2017
                      Form ID: 143    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
         capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com,   cnoroski@grblaw.com
        John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
        John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
        Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
        Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
         joseph.schalk@phelanhallinan.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
         rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
        Ryan Harrison James    on behalf of Spec. Counsel Ryan    James ryan@rhjameslaw.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 14