FILED
6/16/17 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 16-21390-GLT |
| BERNARD J. WETZEL | : Chapter 13 |
| CHERYL A. WETZEL | : |
| | : Related to Dkt. No. 90 |
| Debtors, | : |

## ORDER

This matter is before the Court upon entry of an *Order Dismissing Case Without Prejudice and Terminating Wage Attachment* [Dkt. No. 90] dated June 12, 2017 which was erroneously entered.

**AND NOW,** this **16th** day of **June, 2017**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the *Order Dismissing Case* dated June 12, 2017 at Dkt. No. 90 is **VACATED**.

Gregory J. Taddonio        drb
United States Bankruptcy Judge

Case Administrator to mail to:
Parties receiving electronic notice

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                        Case No. 16-21390-GLT
Bernard J Wetzel                                              Chapter 13
Cheryl A Wetzel
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                  Page 1 of 2           Date Rcvd: Jun 16, 2017
                              Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db/jdb         +Bernard J Wetzel,    Cheryl A Wetzel,    1750 Sillview Drive,   Pittsburgh, PA 15243-1558
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
sp             +Ryan James,   1514 Lincoln Way,    Suite 301-302,    White Oak, PA 15131-1725
14212400       +Avenue,   PO Box 182789,    Columbus, Ohio 43218-2789
14219955      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
14255579        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14219957       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14219958       +Cit Fin Serv,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14219959       +Citibank Sears,    Po Box 6189,   Sioux Falls, SD 57117-6189
14219961       +Comenity Bank/Sizes,    8035 Quivira Rd,    Lenexa, KS 66215-2746
14219960       +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14219962       +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
14219966       +Fashion Bug,    Po Box 182272,   Columbus, OH 43218-2272
14219967       +Ford Credit,    Po Box 5253,   Carol Stream, IL 60197-5253
14219970        Henry Reinstadtler,    Bpx 355 East Shaffer Rd.,    Ellwood City, Pennsylvania 16117
14283576       +LSF8 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
14212402       +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14219973       +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, New York 08003-3620
14280907       +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14382971       +Rushmore Loan Management Services,    P.O.Box 55004,    Irvine, CA 92619-5004
14219975        Scott Twp.,   Scott Twp. Municipal Building,     301 Lindsay Dr.,
                 Scott Township, Pennsylvania 15106
14239801       +Township of Scott/Chartiers Valley SD,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14219977       +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14219956       +E-mail/Text: bankruptcy@cavps.com Jun 17 2017 00:20:13     Calvary Portfolio Services,
                 Po Box 27288,   Tempe, AZ 85285-7288
14282198       +E-mail/Text: bnc@bass-associates.com Jun 17 2017 00:19:40     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
14212657       +E-mail/Text: bankruptcy@cavps.com Jun 17 2017 00:20:13     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14219963       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 17 2017 00:15:50     Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14212401        E-mail/Text: mrdiscen@discover.com Jun 17 2017 00:19:40     Discover,   PO Box 15316,
                 Wilington, Delaware 19850
14219965        E-mail/Text: mrdiscen@discover.com Jun 17 2017 00:19:40     Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
14227689        E-mail/Text: mrdiscen@discover.com Jun 17 2017 00:19:40     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
14284983       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 17 2017 00:20:31     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14219968       +E-mail/Text: ally@ebn.phinsolutions.com Jun 17 2017 00:19:40     G M A C,   Po Box 535160,
                 Pittsburgh, PA 15253-5160
14219969       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2017 00:15:57     GRCRB/Empire,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
14219971       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 17 2017 00:19:42     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
14251064        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2017 00:15:50
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14219976       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2017 00:15:57     Synchrony Bank/ JC Penneys,
                 4125 Windward Plaza,   Alpharetta, GA 30005-8738
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Chartiers Valley School District
cr             Duquesne Light Company
cr             LSF8 Master Participation Trust
cr             Township of Scott
cr             U.S. Bank National Association, not in its individ
14219974       Mt Lebanon School Efcu
```

```
District/off: 0315-2               User: amaz                   Page 2 of 2                   Date Rcvd: Jun 16, 2017
                                   Form ID: pdf900              Total Noticed: 36

14219954*         +Avenue,   PO Box 182789,    Columbus, Ohio 43218-2789
14219964*         ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                   (address filed with court:  Discover,    PO Box 15316,    Wilington, Delaware 19850)
14219972*         +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                    Cherry Hill, NJ 08003-3620
                                                                                              TOTALS: 6, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ryan Harrison James    on behalf of Spec. Counsel Ryan  James ryan@rhjameslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 13
```