**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21390 |
| | : | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 13 |
| | : | |
| Debtors/Movants | : | |
| ---------------------------------- | : | Related to Doc. N/A |
| Brzustowicz & Marotta, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent. | | |

**CERTIFICATE OF SERVICE**

    I, JOHN C. BRZUSTOWICZ, Counsel for Debtors, certify under penalty of perjury that I served the MOTION FOR PAYMENT OF ATTORNEYS' FEES HELD BY CHAPTER 13 TRUSTEE PURSUANT TO CHAPTER 13 PLAN and TRANSFER OF BALANCE OF FUNDS FROM THE CHAPTER 13 TRUSTEE TO CHAPTER 7 TRUSTEE and Proposed Order on the parties at the addresses specified below on June 22, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was by electronic mail where designated and by United States First Class Mail where so designated on the Service List. If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**E-MAIL**

Office of the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
**E-MAIL**

Bernard J. and Cheryl A. Wetzel

1750 Sillview Drive
Pittsburgh, PA  15243
**E-MAIL**

EXECUTED ON: June  22, 2017          BY:/s/John C. Brzustowicz

Counsel for Debtors
**John C. Brzustowicz, Esq.**
**PA ID. NO.:44628**

**Brzustowicz and Marotta, P.C.**
**4160 Washington Road, Suite 208**
**McMurray, PA  15317**
**724.942.3789 (Voice)**
**724.942.3791 (Telefax)**
**bmmlaw@brzmar.com** **– E-Mail**