FILED
6/28/17 6:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Case No. 16-21390-GLT |
|  | : | Chapter 13 |
| BERNARD J. WETZEL | : |  |
| CHERYL A. WETZEL, | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |
| BRZUSTOWICZ & MAROTTA, P.C., | : | Related to Dkt. No. 104 |
|  | : |  |
| Movant, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| NO RESPONDENT. | : |  |
|  | : |  |
|  | : |  |

## **ORDER**

After a preliminary review of *the Motion for Payment of Attorneys' Fees Held by*

*Chapter 13 Trustee Pursuant to Chapter 13 Plan and Transfer Balance of Funds from the Chapter*

*13 Trustee to Chapter 7 Trustee* [Dkt. No. 104], filed by Brzustowicz & Marotta, P.C., counsel for

the Debtors, Bernard J. Wetzel and Cheryl A. Wetzel (the "motion") [Dkt. No. 104], the Court

questions whether the requested relief can be granted in light of recent Supreme Court

precedent.  Although the Court fully appreciates counsel's desire to be paid for the legal services

provided in this case, it would appear that any discretion the Court previously had in this area was

eliminated by the Supreme Court's holding in Harris v. Viegelahn, 135 S. Ct. 1829,191 L.Ed2d

783(2015).  Accordingly, to the extent counsel intends to proceed with this *motion*, they shall file

a supplemental legal memorandum that addresses the application of Harris v. Viegelahn and its

progeny to the current facts.  Any such supplement shall be filed by **July 14, 2017**.


Dated: June 28, 2017

GREGORY L. TADDONIO   **cgt**
UNITED STATES BANKRUTPCY JUDGE


Case administrator to mail to:
Debtors
Counsel for Debtors
Rosemary C. Crawford, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21390-GLT
Bernard J Wetzel                                                    Chapter 7
Cheryl A Wetzel
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 1          Date Rcvd: Jun 28, 2017
                              Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb          +Bernard J Wetzel,   Cheryl A Wetzel,   1750 Sillview Drive,   Pittsburgh, PA 15243-1558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com,  cnoroski@grblaw.com
          John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
          John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
          Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
          Ryan Harrison James    on behalf of Spec. Counsel Ryan  James ryan@rhjameslaw.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                   TOTAL: 13