## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  16-21390-GLT |
| | : | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 7 |
| | : | |
|    Debtors | : | |
| --------------------------------- | : | Related to Doc. 104, 107 |
| Brzustowicz & Marotta, P.C., | : | |
| | : | Response Due July 24, 2017; |
|    Movants, | : | Hearing - August 9, 2017, at 10:30 A.M. |
| | : | Judge Gregory L. Taddonio in Courtroom A, |
|    vs. | : | 54th Floor U.S. Steel Tower, 600 Grant Street |
| | : | Pittsburgh, PA 15219 |
| No Respondent. | | |

### CERTIFICATE OF SERVICE OF WAGE ORDER

I, JOHN C. BRZUSTOWICZ, Counsel for Debtors, certify under penalty of perjury that I served **NOTICE OF HEARING AND RESPONSE <u>DEADLINEREGARDING MOTION OF FOR PAYMENT OF ATTORNEYS' FEES HELD BY CHAPTER 13 TRUSTEE PURSUANT TO CHAPTER 13 PLAN and TRANSFER OF BALANCE OF FUNDS FROM THE CHAPTER 13 TRUSTEE TO CHAPTER 7 TRUSTEE and a copy of the</u> NOTICE OF HEARING AND RESPONSE DEADLINE <u>REGARDING MOTION OF FOR PAYMENT OF ATTORNEYS' FEES HELD BY CHAPTER 13 TRUSTEE PURSUANT TO CHAPTER 13 PLAN and TRANSFER OF BALANCE OF FUNDS FROM THE CHAPTER 13 TRUSTEE TO CHAPTER 7 TRUSTEE</u>**
on the parties at the addresses specified below on July 5, 2017.
    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was by electronic mail where designated and by United States First Class Mail where so designated on the Service List. If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**<u>E-MAIL</u>**

Office of the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
**E-MAIL**

Avenue
PO Box 182789
Columbus, Ohio  43218
**VIA US MAIL**

Bank of America
Po Box 982238
El Paso, TX 79998
**VIA US MAIL**

Citibank Sears
Po Box 6189
Sioux Falls, SD 57117
**VIA US MAIL**

Comenity Bank
Po Box 182789
Columbus, OH 43218
**VIA US MAIL**

Credit One Bank NA
Po Box 98875
Las Vegas, NV 89193
**VIA US MAIL**

Fashion Bug
Po Box 182272
Columbus, OH 43218
**VIA US MAIL**

Ford Credit
Po Box 5253
Carol Stream, IL 60197
**VIA US MAIL**

G M A C
Po Box 535160
Pittsburgh, PA 15253
**VIA US MAIL**

GRCRB/Empire
C/o Po Box 965036
Orlando, FL 32896
**VIA US MAIL**

Henry Reinstadtler
Box 355 East Shaffer Rd.
Ellwood City, Pennsylvania 16117
**VIA US MAIL**

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051
**VIA US MAIL**

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025
**VIA US MAIL**

LSF8 Masters Participation Trust
Udren Law Offices
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
**VIA US MAIL**

Scott Twp.
Scott Twp. Municipal Building
301 Lindsay Dr.
Scott Township, Pennsylvania 15106
**VIA US MAIL**

Synchrony Bank/ JC Penneys
4125 Windward Plaza
Alpharetta, GA 30005
**<u>VIA US MAIL</u>**

Visa Dept Store National Bank
9111 Duke Blvd
Mason, OH 45040
**<u>VIA US MAIL</u>**

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025
**<u>VIA US MAIL</u>**

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
**<u>VIA US MAIL</u>**

EXECUTED ON: July 5, 2017               BY:<u>/s/John C. Brzustowicz</u>

Counsel for Debtors
**John C. Brzustowicz, Esq.**
**PA ID. NO.:44628**

**Brzustowicz and Marotta, P.C.**
**4160 Washington Road, Suite 208**
**McMurray, PA  15317**
**724.942.3789 (Voice)**
**724.942.3791 (Telefax)**
**<u>bmmlaw@brzmar.com</u> – E-Mail**