# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21390-GLT |
| | : | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 13 |
| | : | |
| Debtors/Movants | : | |
| ---------------------------------- | : | Related to Doc. : 104, 109 |
| Brzustowicz & Marotta, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent. | | |

## CERTIFICATE OF SERVICE

I, JOHN C. BRZUSTOWICZ, Counsel for Debtors, certify under penalty of perjury that I served the BRZUSTOWICZ AND MAROTTA'S MEMORANDUM OF LAW IN SUPPORT OF THE LAW FIRM BEING PAID FROM THE SUMS HELD BY THE CHAPTER 13 TRUSTEE on the parties at the addresses specified below on July 13, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was by electronic mail where designated and by United States First Class Mail where so designated on the Service List. If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**E-MAIL**

Office of the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**E-MAIL**

Bernard J. and Cheryl A. Wetzel
1750 Sillview Drive
Pittsburgh, PA 15243
**E-MAIL**

EXECUTED ON: July 13, 2017    BY:/s/John C. Brzustowicz
    Counsel for Debtors
    John C. Brzustowicz, Esq.
    PA ID. NO.:44628

    Brzustowicz and Marotta, P.C.
    4160 Washington Road, Suite 208
    McMurray, PA 15317
    724.942.3789 (Voice)
    724.942.3791 (Telefax)
    bmmlaw@brzmar.com – E-Mail