FILED
7/20/17 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-21390-GLT |
| | : | Chapter: | 7 |
| Bernard J Wetzel | : | | |
| Cheryl A Wetzel | : | | |
| | : | Date: | 7/20/2017 |
| *Debtor(s)*. | : | Time: | 11:00 |

### PROCEEDING MEMO

*MATTER:*    #94 - Status Conference to Determine Filing of:
              [1019 Report due: 06-29-17]
              [Statement of Intent due: 07-17-17]

*APPEARANCES:*

        Debtor:        John C. Brzustowicz

*NOTES:*

Brzustowicz - Mrs. Wetzel recently passed away.  Mr. Brzustowicz is receiving assistance from his sister to organize documents and paperwork.  Estate issues in Lawrence County.  Questions need for conversion.

Court - Issue regarding payment of attorneys' fees to be addressed at the August 9 hearing.  Any issue regarding estate assets can be addressed with the trustee at the August 31 meeting of creditors.  At this time, a 1019 report and statement of intent needs to be filed.

*OUTCOME:*

1.  Debtor to file a 1019 Report and Statement of Intent within 7 days.  (Text Order to issue).

**DATED:**  7/20/2017