## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21390-GLT |
| | : | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 7 - Converted |
| | : | |
| Debtors/Movants | : | |
| --------------------------------- | : | Related to Doc. : 116,117 |
| Bernard J Wetzel and Cheryl Wetzel, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent. | | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, John C. Brzustowicz, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Respectfully Submitted,

Date: July 26, 2017                    BRZUSTOWICZ & MAROTTA, P.C.

By: /s/ John C. Brzustowicz\_\_\_\_\_
John C. Brzustowicz, Esq.
Counsel for Debtors
PA ID: 44628

By: /s/ Marjorie A. Marotta
Marjorie A. Marotta, Esq.
Counsel for Debtors
PA ID: 88308

4160 Washington Road, Suite 208
McMurray, PA 15317
724-942-3789- Voice
bmmlaw@brzmar.com - E-Mail

**PAWB Local Form 30 (07/13)**

Venue
PO Box 182789
Columbus, Ohio  43218

Bank Of America
Po Box 982238
El Paso, TX 79998

Calvary Portfolio Services
Po Box 27288
Tempe, AZ 85285

Cavalry Portfolio
PO Box 27288
Tempe , AZ 85285

Citibank Sears
Po Box 6189
Sioux Falls, SD 57117

Comenity Bank/lnbryant
Po Box 182789
Columbus, OH 43218

Comenity Bank/Sizes
8035 Quivira Rd
Lenexa, KS 66215

Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Discover
PO Box 15316
Wilington, Delaware 19850

Discover Financial
Po Box 15316
Wilmington, DE 19850

Fashion Bug
Po Box 182272
Columbus, OH 43218

Ford Credit
Po Box 5253
Carol Stream, IL 60197

G M A C
Po Box 535160
Pittsburgh, PA 15253

GRCRB/Empire
C/o Po Box 965036
Orlando, FL 32896

Henry Reinstadtler
Bpx 355 East Shaffer Rd.
Ellwood City, Pennsylvania 16117

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

LSF8 Masters Participation Trust
Udren Law Offices
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003

LSF8 Masters Participation Trust
Udren Law Offices
111 Woodcrest Road, Suite 200
Cherry Hill, New York 08003


Scott Twp.
Scott Twp. Municipal Building
301 Lindsay Dr.
Scott Township, Pennsylvania 15106

Synchrony Bank/ JC Penneys
4125 Windward Plaza
Alpharetta, GA 30005

Visa Dept Store National Bank
9111 Duke Blvd
Mason, OH 45040