**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  16-21390-GLT |
| | : | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 7 |
| | : | |
| Debtors/Movants | : | |
| --------------------------------- | : | Related to Doc. 94, 121 |

## <u>REPORT TO COURT PURSUANT TO BANKRUPTCY RULE 1019</u>

**AND NOW**, comes the Debtors, by and through their counsel, Brzustowicz & Marotta Law Offices, P.C., and files the within Report, and state as follows:

1.     Bernard and Cheryl Wetzel, his wife, filed a Chapter 13 Bankruptcy Petition at the above-captioned case number, on April 12, 2016.

2.     The Wetzels were unable to cure the arrears on their residence because the house had suffered three flood due to the reckless and negligent actions of Scott Township in controlling waters that flooded the Wetzels' home on three occasions.

3.     There were allegations made, never to this Court, that Cheryl Wetzel had failed to open an estate for her deceased mother in Lawrence County, Pennsylvania. Those allegations were false as counsel has recently reviewed time-stamped Letters of Administration to Cheryl Wetzel and a copy of her Mother's recorded Last Will and Testament and a copy of a Trust that her Mother had set up for the benefit of Cheryl Wetzel's sister.

4.     It appears that Attorney McCurdy, who filed an action on Orphan's Court in Lawrence County knowingly violated the Automatic Stay in Bankruptcy.

5.     The case was involuntarily converted to a Chapter 7 Case on June 16, 2017. The Chapter 13 Trustee filed a final accounting, UST Form 13-FR-S, on June 21, 2017.

6.     On June 22, 2017, Counsel for Debtors filed a Motion for Payment of the No-Look

Payment. Debtor's counsel reiterates his position that his continued work on Debtor's behalf, without payment, violates the Thirteenth Amendment the United States Constitution by making him an indentured servant, or peon, to the Debtors and others by compelling counsel to work for free.

7.      The only post-petition debts that have accrued that counsel is aware of are mortgage fees, burial costs, and administrative fees due and owing counsel for the Debtors.

8.      On July 9, 2017 Cheryl Wetzel, one of the Debtors in this bankruptcy proceeding died.

9.      To the best of Debtor's knowledge, except for the debts set forth in Paragraph 7 of this Report, Debtors incurred no additional post-filing liabilities.

10.      To the best of counsel's knowledge, copies of the Debtor's Schedules and Statement of financial affairs were sent to the Chapter 7 Trustee appointed in this case, Rosemary Crawford.

11.      The remaining Debtor, Bernard Wetzel, believes that he has complied with all of the requirements of B.R. 1019.

   **WHEREFORE**, the Debtor, Bernard Wetzel, files this Report pursuant to B.R. 1019.

   Respectfully submitted,

   BRZUSTOWICZ & MAROTTA, P.C.

**Dated: August 7, 2017**

   /s/ John C. Brzustowicz____
   John C. Brzustowicz, Esq.
   Counsel for the Debtors
   PA ID: 44628

   /s/ Marjorie Marotta Malkin___
   Marjorie A. Marotta, Esq.
   Counsel for the Debtors
   PA ID: 88308

   Brzustowicz & Marotta, PC
   4160 Washington Road, Suite 208
   McMurray, PA   15317

724-942-3789 – Voice
724-942-3791 – Telefax
bmmlaw@brzmar.com - E-Mail