**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  16-21390-GLT |
| : | | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 13 |
| | : | |
| Debtors/Movants | : | |
| --------------------------------- | : | Related to Doc. : 104, 109, 125 |
| Brzustowicz & Marotta, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |

No Respondent.

<u>SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND BRZUSTOWICZ &
MAROTTA LAW OFFICES, P.C. DIRECTING THE CHAPTER 13 TRUSTEE TO PAY THE
NO LOOK BALANCE OF FEES TO BRZUSTOWICZ & MAROTTA LAW OFFICES, P.C.</u>

The undersigned hereby certifies that agreement has been reached with the Debtor(s) regarding the Stipulation and Consent Order Between Debtor and Brzustowicz & Marotta Law Offices, P.C. Directing the Chapter 13 Trustee to Pay the No Look Balance of Fees to Brzustowicz & Marotta Law Offices, P.C.. The Stipulation is attached hereto and made part hereof. The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

x **No other order, except for the one attached to the aforementioned Stipulation, has been filed pertaining to the subject matter of this agreement.**

☐ The attached document does not require a proposed order.

RESPECTFULLY SUBMITTED,

BRZUSTOWICZ & MAROTTA, P.C.

**Dated: August 14, 2017**

/s/ John C. Brzustowicz
John C. Brzustowicz, Esq.
Counsel for the Debtors
PA ID: 44628


/s/ Marjorie Marotta Malkin
Marjorie A. Marotta, Esq.
Counsel for the Debtors
PA ID: 88308


Brzustowicz & Marotta, PC
4160 Washington Road, Suite 208
McMurray, PA   15317

**PAWB Local Form 26 (06/17)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  16-21390-GLT |
| : | | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 13 |
| | : | |
| Debtors/Movants | : | |
| --------------------------------- | : | Related to Doc. : 104, 109, 125 |
| Brzustowicz & Marotta, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent. | | |

**CERTIFICATE OF SERVICE**

I, JOHN C. BRZUSTOWICZ, Counsel for Debtors, certify under penalty of perjury that I served the SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND BRZUSTOWICZ & MAROTTA LAW OFFICES, P.C. DIRECTING THE CHAPTER 13 TRUSTEE TO PAY THE NO LOOK BALANCE OF FEES TO BRZUSTOWICZ & MAROTTA LAW OFFICES, P.C. on the parties at the addresses specified below on August 14, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was by electronic mail where designated and by United States First Class Mail where so designated on the Service List. If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**E-MAIL**

Office of the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
**E-MAIL**


Bernard J. and Cheryl A. Wetzel
1750 Sillview Drive
Pittsburgh, PA  15243
**E-MAIL**


EXECUTED ON: August 14, 2017                BY:/s/John C. Brzustowicz
                                            Counsel for Debtors
                                            John C. Brzustowicz, Esq.
                                            PA ID. NO.:44628


                                            Brzustowicz and Marotta, P.C.
                                            4160 Washington Road, Suite 208
                                            McMurray, PA  15317
                                            724.942.3789 (Voice)
                                            724.942.3791 (Telefax)
                                            bmmlaw@brzmar.com – E-Mail