# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-21390-GLT |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 13 |
| Debtors/Movants | : | |
| ---------------------------------- | : | Related to Doc. : 104 |
| Brzustowicz & Marotta, P.C., | : | |
| Movants, | : | |
| vs. | : | |
| No Respondent. | : | |

## CERTIFICATE OF SERVICE

    I, JOHN C. BRZUSTOWICZ, Counsel for Debtors, certify under penalty of perjury that I served the SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND BRZUSTOWICZ & MAROTTA LAW OFFICES, P.C. DIRECTING THE CHAPTER 13 TRUSTEE TO PAY THE NO LOOK BALANCE OF FEES TO BRZUSTOWICZ & MAROTTA LAW OFFICES, P.C. on the parties at the addresses specified below on August 14, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was by electronic mail where designated and by United States First Class Mail where so designated on the Service List. If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**E-MAIL**

Office of the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
**E-MAIL**

Bernard J. and Cheryl A. Wetzel
1750 Sillview Drive
Pittsburgh, PA  15243
**E-MAIL**

EXECUTED ON: August 14, 2017          BY:/s/John C. Brzustowicz
                                      Counsel for Debtors
                                      John C. Brzustowicz, Esq.
                                      PA ID. NO.:44628

                                      Brzustowicz and Marotta, P.C.
                                      4160 Washington Road, Suite 208
                                      McMurray, PA  15317
                                      724.942.3789 (Voice)
                                      724.942.3791 (Telefax)
                                      bmmlaw@brzmar.com – E-Mail