FILED
8/21/17 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. : 16-21390-GLT |
| | : | |
| Bernard J. Wetzel and Cheryl A. Wetzel, | : | Chapter 13 |
| | : | |
| Debtors/Movants | : | |
| --------------------------------- | : | Related to Doc.: 104 |
| Brzustowicz & Marotta, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent. | | |

### ORDER OF COURT

**AND NOW**, this 21st day of August, 2017, it is hereby **ORDERD, ADJUDGED** and **DECREED** as follows:

1.      The Stipulation and Consent Order Between Debtor and Brzustowicz & Marotta Law Offices, P.C. Directing the Chapter 13 Trustee to Pay The No Look Balance of Fees to Brzustowicz & Marotta Law Offices, P.C. is hereby **APPROVED** and is entered as an Oder of this Court;

2.      The Chapter 13 Trustee shall disburse to Brzustowicz & Marotta Law Offices, P.C. the sum of $2,074.03 under the No Look Provision as set forth in *W.PA.LBR 2016-1(1).* The Trustee shall disperse such sum to Brzustowicz & Marotta, Law Offices, P.C. in the Trustee's next regular disbursement.

3.      The Chapter 13 Trustee shall be allowed her customary fees and costs associated with administering the terms of this Order.

4.      The balance of the funds help by the Chapter 13, after deduction of the amounts set forth above, shall be remitted to Bernard J. Wetzel, the Debtor in the above-captioned case.

**BY THE COURT:**

_____ J.
drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21390-GLT
Bernard J Wetzel                                                          Chapter 7
Cheryl A Wetzel
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: amaz              Page 1 of 1              Date Rcvd: Aug 21, 2017
                                 Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db/jdb         +Bernard J Wetzel,   Cheryl A Wetzel,   1750 Sillview Drive,   Pittsburgh, PA 15243-1558
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    Township of Scott jhunt@grblaw.com,  cnoroski@grblaw.com
          John C. Brzustowicz   on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
          John C. Brzustowicz   on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
          Joseph A. Dessoye   on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
          Joseph P. Schalk   on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford   crawfordmcdonald@aol.com,  PA68@ecfcbis.com
          Ryan Harrison James   on behalf of Spec. Counsel Ryan  James ryan@rhjameslaw.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                          TOTAL: 13