**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16–21390–GLT**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bernard J Wetzel | Cheryl A Wetzel |
| aka BJ Wetzel | 1750 Sillview Drive |
| 1750 Sillview Drive | Pittsburgh, PA 15243 |
| Pittsburgh, PA 15243 | |

Social Security No.:
xxx–xx–9952                                                                xxx–xx–3237

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
John C. Brzustowicz
Brzustowicz & Marotta, PC
4160 Washington Rd.
Suite 208
McMurray, PA 15317
Telephone number: 724–942–3789

NAME/ADDRESS OF TRUSTEE
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Telephone number: 724–443–4757

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
October 16, 2017
02:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty
Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/7/17

BY THE COURT

Gregory L. Taddonio
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 16-21390-GLT
Bernard J Wetzel                                                        Chapter 7
Cheryl A Wetzel
          Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 2                  Date Rcvd: Sep 07, 2017
                              Form ID: rsc                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db/jdb         +Bernard J Wetzel,    Cheryl A Wetzel,    1750 Sillview Drive,    Pittsburgh, PA 15243-1558
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
sp             +Ryan James,    1514 Lincoln Way,    Suite 301-302,    White Oak, PA 15131-1725
14212400       +Avenue,    PO Box 182789,    Columbus, Ohio 43218-2789
14219955      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14255579        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14219957       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14219958       +Cit Fin Serv,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14219959       +Citibank Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
14219961       +Comenity Bank/Sizes,    8035 Quivira Rd,    Lenexa, KS 66215-2746
14219960       +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14219962       +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
14219966       +Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
14219967       +Ford Credit,    Po Box 5253,    Carol Stream, IL 60197-5253
14219970        Henry Reinstadtler,    Bpx 355 East Shaffer Rd.,    Ellwood City, Pennsylvania 16117
14283576       +LSF8 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
14212402       +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14219973       +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, New York 08003-3620
14280907       +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14382971       +Rushmore Loan Management Services,    P.O.Box 55004,    Irvine, CA 92619-5004
14219975        Scott Twp.,    Scott Twp. Municipal Building,    301 Lindsay Dr.,
                 Scott Township, Pennsylvania 15106
14239801       +Township of Scott/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14219977       +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 08 2017 03:17:46      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14219956       +E-mail/Text: bankruptcy@cavps.com Sep 08 2017 03:18:15      Calvary Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285-7288
14282198       +E-mail/Text: bnc@bass-associates.com Sep 08 2017 03:17:29      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
14212657       +E-mail/Text: bankruptcy@cavps.com Sep 08 2017 03:18:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14219963       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 08 2017 03:25:44      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14212401        E-mail/Text: mrdiscen@discover.com Sep 08 2017 03:17:29      Discover,    PO Box 15316,
                 Wilington, Delaware 19850
14219965        E-mail/Text: mrdiscen@discover.com Sep 08 2017 03:17:29      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14227689        E-mail/Text: mrdiscen@discover.com Sep 08 2017 03:17:29      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14284983       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 08 2017 03:18:31      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14219968       +E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2017 03:17:29      G M A C,    Po Box 535160,
                 Pittsburgh, PA 15253-5160
14219969       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 03:25:11      GRCRB/Empire,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14219971      ++E-mail/Text: bnckohlsnotices@becket-lee.com Sep 08 2017 03:17:33      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14251064        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2017 03:25:46
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14219976       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 03:25:11      Synchrony Bank/ JC Penneys,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
14675007        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2017 03:25:23      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 15
```

```
District/off: 0315-2              User: dkam                Page 2 of 2               Date Rcvd: Sep 07, 2017
                                  Form ID: rsc              Total Noticed: 38
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chartiers Valley School District
cr              Duquesne Light Company
cr              LSF8 Master Participation Trust
cr              Township of Scott
cr              U.S. Bank National Association, not in its individ
14219974        Mt Lebanon School Efcu
14219954*       +Avenue,   PO Box 182789,   Columbus, Ohio 43218-2789
14219964*      ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court:  Discover,    PO Box 15316,   Wilington, Delaware 19850)
14219972*       +LSF8 Masters Participation Trust,   Udren Law Offices,   111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
                                                                                              TOTALS: 6, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   LSF8 Master Participation Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Township of Scott jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Chartiers Valley School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
          John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
          Joseph A. Dessoye    on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          Ryan Harrison James    on behalf of Spec. Counsel Ryan  James ryan@rhjameslaw.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 14