**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BERNARD J WETZEL
CHERYL A WETZEL
   Debtor(s)

Ronda J. Winnecour
   Movant
  vs.
No Repondents.

Case No.:16-21390 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/12/2016 and confirmed on 12/19/2016 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,000.00 |
| Less Refunds to Debtor | 11,064.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,936.00 |
| | | |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 3,363.00 | |
|  Trustee Fee | 573.00 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,936.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|  CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2286 | | | | |
|  CITIFINANCIAL (RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0938 | | | | |
|  US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4739 | | | | |
|  US BANK NA - TRUSTEE | 246,329.72 | 0.00 | 0.00 | 0.00 |
|   Acct: 4739 | | | | |
| | *** N O N E *** | | | |
| **Priority** | | | | |
|  JOHN C BRZUSTOWICZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  BERNARD J WETZEL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  BRZUSTOWICZ AND MAROTTA | 3,363.00 | 3,363.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  MT LEBANON SCHOOL EMPL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7901 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BERNARD J WETZEL | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNARD J WETZEL | 8,814.00 | 8,814.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARTIERS VALLEY SD/SCOTT TWP (EIT) | 4,744.61 | 0.00 | 0.00 | 0.00 |
| Acct: 0746 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 301.33 | 0.00 | 0.00 | 0.00 |
| Acct: 3237 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 3,099.42 | 0.00 | 0.00 | 0.00 |
| Acct: 2514 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 719.07 | 0.00 | 0.00 | 0.00 |
| Acct: 3981 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6178 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0129 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1643 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5174 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| DISCOVER BANK(*) | 4,232.29 | 0.00 | 0.00 | 0.00 |
| Acct: 5018 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2086 | | | | |
| FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1563 | | | | |
| FORD MOTOR CREDIT CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7706 | | | | |
| GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8439 | | | | |
| GECRB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8199 | | | | |
| CAPITAL ONE NA** | 1,211.39 | 0.00 | 0.00 | 0.00 |
| Acct: 4864 | | | | |
| DEPARTMENT STORES NATIONAL BANK/V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7252 | | | | |
| THE AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1643 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0524 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 1,176.07 | 0.00 | 0.00 | 0.00 |
| Acct: 5802 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6085 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5018 | | | | |
| HENRY REINSTADTLER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 429.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| | ***NONE*** | | | |

| 16-21390 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

TOTAL PAID TO CREDITORS                                                                 0.00

   TOTAL CLAIMED
     PRIORITY              4,744.61
     SECURED             246,329.72
     UNSECURED            11.169.07

Date: 09/28/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com