Form 404

**UNITED STATES BANKRUPTCY COURT**  140 – 139
**WESTERN DISTRICT OF PENNSYLVANIA**  ctak

In re:

Bankruptcy Case No.: 16–21390–GLT
Related to Dkt. No. 139
Chapter: 7
Hearing Date: 11/7/17 at 11:00 AM

**Bernard J Wetzel**
**aka BJ Wetzel**
Debtor(s)

Cheryl A Wetzel

**CERTIFICATE OF SERVICE OF** ORDER SCHEDULING DATES FOR RESPONSE/HEARING
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on ___10/18/17___.
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: ___SEE ATTACHED LIST___.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**   SEE ATTACHED LIST

By: _____(Signature)_____
Typed Name: RYAN H. JAMES

Address: 1514 LINCOLN WAY STE 301-302
WHITE OAK, PA 15131
Phone No.: 412-977-1827
List Bar I.D. and State of Admission: PA 313049

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 16-21390 |
| Bernard J. Wetzel and Cheryl A. Wetzel, | Chapter 7 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, **RYAN H. JAMES, ESQUIRE**, of **JAMES LAW, LLC**, of 1514 Lincoln Way, Ste. 301-302, White Oak, Pennsylvania 15131, **CERTIFY:** That I am, and all times hereinafter mentioned, more than 18 years of age; On October 18, 2017, I served a copy of the within **ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION,** on all parties on the Service List. Service was made by one or more of the following types of service: electronic mail, telefax and/or via by First Class Mail upon the following parties or their legal counsel:

### Via Electronic Service-CM/ECF

James Warmbrodt
bkgroup@kmllawgroup.com
(for Creditors LSF8 Master Participation Trust & U.S. Bank National Ass'n as Trustee for Maroon Plains Trust)

Jeffrey R. Hunt
jhunt@grblaw.com
(for Creditors Chartiers Valley School District & Township of Scott)

John C. Brzustowicz
bmmlaw@brzmar.co,
(for Debtor B. Jay Wetzel)

Joseph A. Dessoye
pawb@fedphe.com
(for Creditor LSF8 Master Participation Trust)

Joseph P. Schalk
pawb@fedphe.com
(for Creditor LSF8 Master Participation Trust)

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
(for Creditor Duquesne Light Company)
pashcroft@bernsteinlaw.com

Rosemary C. Crawford
crawfordmcdonald@aol.com; PA68@ecfcbis.com

S. James Wallace
(for Creditor Peoples Natural Gas Company)
sjq@sjwpgh.com

**Via First-Class Mail & E-mail**

B. Jay Wetzel
1750 Sillview Drive
Pittsburgh, PA 15243
bjaywetzel@gmail.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2017

                                            s/ RYAN H. JAMES
                                            Ryan H. James, Esquire (PA 313049)
                                            JAMES LAW, LLC
                                            1514 Lincoln Way, Suite 301-302
                                            White Oak, Pennsylvania 15131
                                            412-977-1827
                                            412-896-1321 (Fax)
                                            ryan@rhjameslaw.com