## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 16-21390 |
| Bernard J. Wetzel and Cheryl A. Wetzel, | Chapter 7 |
| Debtor. | Related to Dkt. No. 139 |
| Bernard J. Wetzel and Cheryl A. Wetzel, | Hearing Date & Time: Nov. 7, 2017 11:00 a.m. |
| Movant, | Place: Courtroom A 54th Fl. US. Steel Tower, 600 Grant Street, Pittsburgh, PA |
| v | |
| No Respondent. | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LEAVE TO WITHDRAW AS SPECIAL COUNSEL IN ABSENCE OF CLIENT CONSENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION FOR LEAVE TO WITHDRAW AS SPECIAL COUNSEL IN ABSENCE OF CLIENT CONSENT** filed on **October 2, 2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **MOTION FOR LEAVE TO WITHDRAW AS SPECIAL COUNSEL IN ABSENCE OF CLIENT CONSENT** appears thereon. Pursuant to the Notice of Hearing, objections to the **MOTION FOR LEAVE TO WITHDRAW AS SPECIAL COUNSEL IN ABSENCE OF CLIENT CONSENT** were to be filed and served no later than **October 31, 2017.**

It is hereby respectfully requested that the Order attached to the **MOTION FOR LEAVE TO WITHDRAW AS SPECIAL COUNSEL IN ABSENCE OF CLIENT CONSENT** be entered by the Court.

November 6, 2017                                    Respectfully submitted.

s/ RYAN H. JAMES
Ryan H. James, Esquire (PA 313049)
JAMES LAW, LLC
1514 Lincoln Way, Suite 301-302
White Oak, Pennsylvania 15131
412-977-1827
412-896-1321 (Fax)
ryan@rhjameslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LEAVE TO WITHDRAW AS SPECIAL COUNSEL IN ABSENCE OF CLIENT CONSENT** was electronically filed and is available for viewing and downloading from the ECF system and was sent to all parties, counsel of record, and U.S. Trustees this 6th day of November, 2017, via electronic service. The foregoing was further delivered via first-class mail to the Debtor at the following address:

B. Jay Wetzel
1750 Sillview Drive
Pittsburgh, PA 15243

s/ RYAN H. JAMES
Ryan H. James, Esquire (PA 313049)
JAMES LAW, LLC
1514 Lincoln Way, Ste. 301-302
White Oak, Pennsylvania 15131
412-977-1827
412-896-1321 (Fax)
ryan@rhjameslaw.com