Form 143

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bernard J Wetzel**
**aka BJ Wetzel**
**Cheryl A Wetzel**
    Debtor(s)

Bankruptcy Case No.: 16–21390–GLT

Chapter: 7
Docket No.: 151 – 150

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Ryan Harrison James, Esq. has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: November 9, 2017

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21390-GLT
Bernard J Wetzel                                                      Chapter 7
Cheryl A Wetzel
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz           Page 1 of 1           Date Rcvd: Nov 09, 2017
                            Form ID: 143         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.
aty            +Ryan Harrison James,   James Law, LLC,   1514 Lincoln Way,   Suite 301-302,
                White Oak, PA 15131-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:
              James     Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
              James     Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com,   cnoroski@grblaw.com
              John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
              Ryan Harrison James    on behalf of Spec. Counsel Ryan   James ryan@rhjameslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 15