FILED
11/9/17 7:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 16-21390 |
| Bernard J. Wetzel and Cheryl A. Wetzel, | Chapter 7 |
| Debtor. | Related to Dkt. No. 139 (Also Relates to Dkt. No. 76) |
| Bernard J. Wetzel and Cheryl A. Wetzel, | Hearing:  November 7, 2017 at 11:00 a.m. |
| Movant, | |
| v | |
| No Respondent. | |

## MODIFIED DEFAULT ORDER

AND NOW, on this _9th_ day of _November,_ _2017,_ upon consideration of the *Motion for Leave to Withdraw as Special Counsel in Absence of Client Consent* [Dkt. No. 139], it is hereby ORDERED that the *Motion* is **GRANTED**.

MOVANT shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee.  Movant shall file a certificate of service within 3 days hereof.

Prepared by:  Ryan Harrison James, Esq.

**DEFAULT ENTRY**

Dated: _November 09, 2017_

Gregory L. Addonio                                              cgt
United States Bankruptcy Judge

Case Administrator to serve:  Ryan Harrison James, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-21390-GLT
Bernard J Wetzel                                                                Chapter 7
Cheryl A Wetzel
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1           Date Rcvd: Nov 09, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
sp             +Ryan James,    1514 Lincoln Way,    Suite 301-302,    White Oak, PA 15131-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com,   cnoroski@grblaw.com
              John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
              Ryan Harrison James    on behalf of Spec. Counsel Ryan  James ryan@rhjameslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                              TOTAL: 15