FILED
4/10/18 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             BANKRUPTCY NO: 16-21390-GLT

BERNARD J. WETZEL and
CHERYL A. WETZEL,                   CHAPTER 7

     DEBTORS.

UNITED STATES TRUSTEE,            Related to Dkt. No. 166

    MOVANT,

       v.

BERNARD J. WETZEL and
CHERYL A. WETZEL,

    RESPONDENTS.

## ORDER OF COURT

AND NOW, on this 10th day of April, 2018,

it appearing that the United States Trustee has filed a motion to extend the time for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3);

and that sufficient cause for the extension exists;

the period for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) is hereby extended to **July 23, 2018**.

_____
GREGORY L. TADDONIO  cgt
UNITED STATES BANKRUPTCY COURT

Prepared by Larry Wahlquist, Esq., Office of U.S. Trustee

Case Administrator to serve: Debtors, Counsel for Debtors, Trustee and Larry Wahlquist, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-21390-GLT
Bernard J Wetzel                                                Chapter 7
Cheryl A Wetzel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1             Date Rcvd: Apr 10, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db/jdb        +Bernard J Wetzel,   Cheryl A Wetzel,   1750 Sillview Drive,   Pittsburgh, PA 15243-1558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   LSF8 Master Participation Trust bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Chartiers Valley School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Township of Scott jhunt@grblaw.com,  cnoroski@grblaw.com
          John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
          John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
          Joseph A. Dessoye    on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor   LSF8 Master Participation Trust jschalk@barley.com,
           sromig@barley.com
          Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 14