IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| WETZEL, BERNARD J ) | Case No. 16-21390-GLT |
| WETZEL, CHERYL A ) | |
| Debtors, ) | Chapter 7 |
| ) | |
| Estate of Mae E. Robinson and Bernard J. ) | Doc. No. |
| Wetzel, ) | |
| ) | Related to Doc. No. 164, 165, 170 |
| Movants, ) | Hearing Date: May 3, 2018 @10:30pm |
| Rosemary C. Crawford, ) | |
| Respondent. ) | |

*Certificate Of Service of Response to Stipulated Motion for Relief from the Automatic Stay*

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 17, 2018. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: via electronic means and first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed on the below, excluding those served via electronic notice"

| | |
|---|---|
| John C. Brzustowicz, Esquire<br>Brzustowicz & Marotta, PC<br>4160 Washington Rd, Suite 208<br>McMurray, PA 15317<br>Attorney for Debtor(s) | U.S. Trustee<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| Served by Electronic Notification:N/A | David E. Henderson, Esq.<br>Counsel for Estate of Mae E. Robinson<br>2109 Wilmington Road<br>New Castle, PA 16105 |

EXECUTED ON:  April 17, 2018

CRAWFORD MCDONALD, LLC
/s/ Rosemary C. Crawford
**Rosemary C. Crawford, Trustee**
PA ID 56981
Crawford McDonald, LLC
PO Box 355
Allison Park, PA 15101
(724) 443-4757
crawfordmcdonald@aol.com

Trustee Wetzel  CS response MSR DE