## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | |
| **WETZEL, BERNARD J** | ) | Case No. <u>**16-21390-GLT**</u> |
| **WETZEL, CHERYL A** | ) | |
|         **Debtors,** | ) | **Chapter 7** |
| | ) | |
| **Rosemary C. Crawford,** | ) | Doc. No. |
| | ) | Hearing Date: 6/28/2018 @ 10:30 AM |
|         **Trustee Applicant,** | ) | Related Docs: 181, 182 |
| **No Respondent.** | ) | |

*<u>Certificate Of Service of Hearing Notice and Motion for Authority of Trustee to Accept Funds</u>*

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 29, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  via electronic means and first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed on the attached, excluding those served via electronic notice"

John C. Brzustowicz, Esq.
Brzustowicz & Marotta, PC
4160 Washington Rd.
Suite 208
McMurray, PA 15317

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ryan H. James, Esq.
1514 Lincoln Way
Ste. 301-302
White Oak, OA 15131

Bernard J Wetzel
1750 Sillview Drive
Pittsburgh, PA 15243
ALLEGHENY-PA

Trustee Wetzel Mot to Accept Funds CS

Cheryl A Wetzel
1750 Sillview Drive
Pittsburgh, PA 15243
ALLEGHENY-PA

*Served by Electronic Notification: N/A*

| | |
|---|---|
| EXECUTED ON:  May 29, 2018 | CRAWFORD MCDONALD, LLC |
| | /s/ Rosemary C. Crawford |
| | **Rosemary C. Crawford, Trustee** |
| | PA ID 56981 |
| | Crawford McDonald, LLC |
| | PO Box 355 |
| | Allison Park, PA 15101 |
| | (724) 443-4757 |
| | crawfordmcdonald@aol.com |