# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | |
| **WETZEL, BERNARD J** | ) | Case No. **16-21390-GLT** |
| **WETZEL, CHERYL A** | ) | |
|         **Debtors,** | ) | Chapter 7 |
| | ) | |
| **Rosemary C. Crawford,** | ) | Doc. No. |
| | ) | Hearing Date: 6/28/2018 @ 10:30 am |
|         **Trustee Applicant,** | ) | Related Docs: 174, 175 |
| **No Respondent.** | ) | |

### *Certificate of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Motion to Approve Settlement and Distribution of Settlement Proceeds ("Motion") filed on 5/15/2018 at Docket No. 174 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing at Docket No. 175, objections to the Motion were to be filed and served no later than 6/1/2018. It is hereby respectfully requested that the Order approving the Motion be entered by the Court.

                                              Respectfully submitted,
                                              /s/Rosemary C. Crawford
                                              Rosemary C. Crawford, Trustee
                                              Crawford McDonald, LLC
                                              P.O. Box 355
                                              Allison Park, PA 15101
                                              Pa. I.D. No. 56981
                                              (724) 443-4757
                                              crawfordmcdonald@aol.com

Dated: June 19, 2018

Trustee Wetzel Mot Appr Settlement CNO