IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-21390-GLT |
| | : | Chapter: 7 |
| Bernard J Wetzel | : | |
| Cheryl A Wetzel | : | |
| | : | Date: 6/28/2018 |
| Debtor(s). | : | Time: 10:00 |

**FILED**

**JUN 28 2018**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*   #179 - Motion to Compel Production of Documents by U.S. Trustee
#188 - Response filed by Debtors

*APPEARANCES:*
  Debtor:   John C. Brzustowicz
  UST:      Larry Wahlquist

*NOTES:*

Wahlquist: Investigating the Debtors to determine whether an inheritance was received shortly before the bankruptcy was filed and whether it was transferred to hinder or delay creditors. Although I received many documents I did not request, I have not received other critical documents I did request. The Debtors did not oppose the production of these records.

Brzustowicz: Mr. Wetzel has been working like a fox terrier after a rat to provide these documents. The banks are saying a release is unsufficient and that they will object to any subpoena.

Court: We're only talking about one year of account statements for four accounts at PNC. If PNC is resisting production, the remedy is to compel it to produce the records.

Brzustowicz: Mr. Wetzel recently was in the hospital having a new pacemaker installed. He will do everything possible to get the records. Requests a Court order compelling PNC to turn over the documents.

Court: You need to file a motion and serve it on PNC for the Court to do that.

*OUTCOME:*

1. The Motion to Compel [Dkt. No. 179] is granted. O/E.

DATED: 6/28/2018