UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 16-21390-GLT |
| BERNARD J. WETZEL and<br>CHERYL A. WETZEL, | CHAPTER 7 |
| DEBTORS. | |
| ──────────────────── | |
| UNITED STATES TRUSTEE, | Related to Doc Nos. 190 and 179 |
| MOVANT, | |
| v. | |
| BERNARD J. WETZEL | |
| RESPONDENT. | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that a copy of the Order dated June 28, 2018 [Doc. No. 190] was served upon the parties at the addresses listed below via United States Mail and email as indicated.

Bernard J Wetzel
1750 Sillview Drive
Pittsburgh, PA 15243

John C. Brzustowicz
Brzustowicz & Marotta, PC
4160 Washington Rd.
Suite 208
McMurray, PA 15317
bmmlaw@brzmar.com

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
crawfordmcdonald@aol.com

                                        Respectfully submitted,

                                        ANDREW R. VARA
                                        ACTING UNITED STATES TRUSTEE
                                        Region 3

Dated: July 3, 2018                        By: /s/ Larry Wahlquist
                                        Larry Wahlquist, Trial Attorney
                                        DC ID 492864
                                        Liberty Center, Suite 970
                                        1001 Liberty Ave.
                                        Pittsburgh, Pennsylvania 15222
                                        (412) 644-4756 Telephone
                                        (412) 644-4785 Facsimile
                                        Larry.E.Wahlquist@usdoj.gov