UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 16-21390-GLT |
| BERNARD J. WETZEL and<br>CHERYL A. WETZEL, | CHAPTER 7 |
| DEBTORS. | |
| _____<br>UNITED STATES TRUSTEE, | Related to Doc. No. 193 |
| MOVANT, | |
| v. | |
| BERNARD J. WETZEL, | |
| RESPONDENT. | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that a copy of the Modified Order of Court dated July 20, 2018, was served upon the parties at the addresses listed below via United States Mail and email as indicated.

Bernard J Wetzel
1750 Sillview Drive
Pittsburgh, PA 15243

John C. Brzustowicz
Brzustowicz & Marotta, PC
4160 Washington Rd.
Suite 208
McMurray, PA 15317
bmmlaw@brzmar.com

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
crawfordmcdonald@aol.com

Dated: July 23, 2018

By: /s/ Larry Wahlquist
Larry Wahlquist, Trial Attorney
DC ID 492864
1001 Liberty Ave., Suite 970
Pittsburgh, Pennsylvania 15222
(412) 644-4756 Telephone
(412) 644-4785 Facsimile
Larry.E.Wahlquist@usdoj.gov