# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>BERNARD J. WETZEL,<br>CHERYL A., WELTZEL,<br>Debtor(s), | § Case No. 16-21390-GLT<br>§<br>§ Chapter 7<br>§<br>§ Document No. |

ROSEMARY CRAWFORD,
Trustee,

NO RESPONDENTS.

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Rosemary Crawford</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court, Courtroom A

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/05/2019 in Courtroom A, United States Courthouse,
US Bankruptcy Court
5464 USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    08/02/2019           By:   /s/Rosemary Crawford

                                                                       Trustee, Bar No.: 56981

Rosemary Crawford  
P.O. Box 355  
Allison Park, PA  15101  
(724) 443-4757  
crawfordmcdonald@aol.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>BERNARD J. WETZEL,<br>CHERYL A., WELTZEL,<br>Debtor(s),<br><br>ROSEMARY CRAWFORD,<br>Trustee,<br><br>NO RESPONDENTS. | § Case No. 16-21390-GLT<br>§ Chapter 7<br>§ Document No.<br>§ |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   22,736.25 |
| *and approved disbursements of* | $        104.71 |
| *leaving a balance on hand of* [1] | $   22,631.54 |
| **Balance on hand:** | $   22,631.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $            0.00 |
| Remaining balance: | $   22,631.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 2,990.24 | 0.00 | 2,990.24 |
| Trustee, Expenses - Rosemary Crawford | 50.00 | 0.00 | 50.00 |
| Attorney for Trustee, Fees - Rosemary C. Crawford | 2,866.50 | 0.00 | 2,866.50 |
| Attorney for Trustee, Expenses - Rosemary C. Crawford | 56.50 | 0.00 | 56.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $     5,963.24 |
| Remaining balance: | $   16,668.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 16,668.30 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,744.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Township of Scott/Chartiers Valley SD | 4,744.61 | 0.00 | 4,744.61 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 4,744.61 |
| Remaining balance: | $ 11,923.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,301.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 719.07 | 0.00 | 719.07 |
| 2 | Discover Bank | 4,232.29 | 0.00 | 4,232.29 |
| 4 | LVNV Funding, LLC its successors and assigns | 429.50 | 0.00 | 429.50 |
| 5 | Capital One NA | 1,211.39 | 0.00 | 1,211.39 |
| 6 | Peoples Natural Gas Company LLC | 3,099.42 | 0.00 | 3,099.42 |
| 7 | Cavalry SPV I, LLC | 1,176.07 | 0.00 | 1,176.07 |
| 9 | Duquesne Light Company | 301.33 | 0.00 | 301.33 |
| 10 | Verizon | 132.78 | 0.00 | 132.78 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 11,301.85 |
| Remaining balance: | $ 621.84 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 621.84 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 621.84 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.6% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $287.98.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 333.86.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Rosemary Crawford

Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA  15101
(724) 443-4757
crawfordmcdonald@aol.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21390-GLT
Bernard J Wetzel                                                      Chapter 7
Cheryl A Wetzel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: agro              Page 1 of 2              Date Rcvd: Aug 05, 2019
                             Form ID: pdf900         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
```
db/jdb        +Bernard J Wetzel,    Cheryl A Wetzel,    1750 Sillview Drive,    Pittsburgh, PA 15243-1558
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5860
sp            +Ryan James,    1514 Lincoln Way,    Suite 301-302,    White Oak, PA 15131-1725
14219955     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14255579       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14219957      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14219958      +Cit Fin Serv,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14219959      +Citibank Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
14219967      +Ford Credit,    Po Box 5253,    Carol Stream, IL 60197-5253
14219970       Henry Reinstadtler,    Bpx 355 East Shaffer Rd.,    Ellwood City, Pennsylvania 16117
14283576      +LSF8 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC,    13801 WIRELESS WAY,
                OKLAHOMA CITY OK 73134-2500
14212402      +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
14219973      +LSF8 Masters Participation Trust,    Udren Law Offices,    111 Woodcrest Road, Suite 200,
                Cherry Hill, New York 08003-3620
14280907      +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14382971      +Rushmore Loan Management Services,    P.O.Box 55004,    Irvine, CA 92619-5004
14219975       Scott Twp.,    Scott Twp. Municipal Building,    301 Lindsay Dr.,
                Scott Township, Pennsylvania 15106
14239801      +Township of Scott/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14219977      +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14212400      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 03:16:43     Avenue,   PO Box 182789,
                Columbus, Ohio 43218-2789
14219956      +E-mail/Text: bankruptcy@cavps.com Aug 06 2019 03:17:32     Calvary Portfolio Services,
                Po Box 27288,    Tempe, AZ 85285-7288
14282198      +E-mail/Text: bnc@bass-associates.com Aug 06 2019 03:16:24     Cavalry SPV I, LLC,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
14212657      +E-mail/Text: bankruptcy@cavps.com Aug 06 2019 03:17:32     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14219961      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 03:16:43     Comenity Bank/Sizes,
                8035 Quivira Rd,    Lenexa, KS 66215-2746
14219960      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 03:16:43     Comenity Bank/lnbryant,
                Po Box 182789,    Columbus, OH 43218-2789
14219962      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 03:16:44     Comenity Bank/vctrssec,
                Po Box 182789,    Columbus, OH 43218-2789
14219963      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 06 2019 03:13:23     Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
14212401       E-mail/Text: mrdiscen@discover.com Aug 06 2019 03:16:24     Discover,   PO Box 15316,
                Wilington, Delaware 19850
14219965       E-mail/Text: mrdiscen@discover.com Aug 06 2019 03:16:24     Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
14227689       E-mail/Text: mrdiscen@discover.com Aug 06 2019 03:16:24     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14284983      +E-mail/Text: kburkley@bernsteinlaw.com Aug 06 2019 03:17:47     Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14219966      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 03:16:44     Fashion Bug,
                Po Box 182272,    Columbus, OH 43218-2272
14219968      +E-mail/Text: ally@ebn.phinsolutions.com Aug 06 2019 03:16:24     G M A C,   Po Box 535160,
                Pittsburgh, PA 15253-5160
14219969      +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2019 03:13:09     GRCRB/Empire,   C/o Po Box 965036,
                Orlando, FL 32896-0001
14219971      +E-mail/Text: bncnotices@becket-lee.com Aug 06 2019 03:16:27     Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14251064       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2019 03:14:11
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14219976      +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2019 03:13:48     Synchrony Bank/ JC Penneys,
                4125 Windward Plaza,    Alpharetta, GA 30005-8738
14675007       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2019 03:12:52     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 19
```

```
District/off: 0315-2           User: agro                  Page 2 of 2              Date Rcvd: Aug 05, 2019
                               Form ID: pdf900             Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chartiers Valley School District
cr              Duquesne Light Company
cr              LSF8 Master Participation Trust
cr              Township of Scott
cr              U.S. Bank National Association, not in its individ
14219974        Mt Lebanon School Efcu
14219954*      +Avenue,    PO Box 182789,    Columbus, Ohio 43218-2789
14219964*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court:   Discover,    PO Box 15316,   Wilington, Delaware 19850)
14219972*      +LSF8 Masters Participation Trust,    Udren Law Offices,   111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
                                                                                 TOTALS: 6, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    LSF8 Master Participation Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              John C. Brzustowicz    on behalf of Debtor Bernard J Wetzel bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Cheryl A Wetzel bmmlaw@brzmar.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF8 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                 TOTAL: 14
```