## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| WETZEL, BERNARD J ) | Case No. <u>16-21390-GLT</u> |
| WETZEL, CHERYL A ) | |
|     Debtors, ) | Chapter 7 |
| ) | |
| Rosemary C. Crawford, ) | Doc. No. |
| ) | Hearing Date: 9/5/2019 @ 10:30 am |
|     Trustee Applicant, ) | Related Docs: 199, 200, 201, 202 |
| No Respondent. ) | |

*<u>Certificate Of No Objection</u>*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Final Report filed on 8/1/2019 at Docket No. 199 and Applications for Compensation filed on 8/2/2019 at Docket Nos., 200 and 201, which had a Notice of Final Report ("NFR") filed on 8/2/2019 at Docket No. 202 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the NFR and related documents appears thereon.  Pursuant to the NFR, objections were to be filed and served no later than 8/26/2019.   It is hereby respectfully requested that the Orders approving the Trustee's Final Report and Application for Compensation be entered by the Court.

                                                                           Respectfully submitted,
                                                                           /s/Rosemary C. Crawford
                                                                           Rosemary C. Crawford, Trustee
                                                                           Crawford McDonald, LLC
                                                                           P.O. Box 355
                                                                           Allison Park, PA 15101
                                                                           Pa. I.D. No. 56981
                                                                           (724) 443-4757
                                                                           crawfordmcdonald@aol.com

Dated:  August 27, 2019