SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:** 1. *Intake Clerk* *

2. *Case Administrator*

UC

**FROM:** *Financial Administrator*

SMALL DIVIDENDS

**DATE:** 09-25-2019

**CASE NAME:** Wetzel

**CASE NUMBER:** 16-21390-GLT

---

Check Number 124 in the amount of $ 2.38 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 16261    Intake Clerk's Initials MF

---

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F