SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**   1.  *Intake Clerk* *

   2.  *Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:**   6/16/2020

**CASE NAME:**   Wetzel

**CASE NUMBER:**   16-21390-GLT

---

**Check Number** 127 **in the amount of $** 85.15 **was received this date and placed in an existing registry account of unclaimed funds.**

**Receipt Number:** 16978      **Intake Clerk's Initials** LF

---

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

*#4b-F*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: | ) |
| | ) |
| WETZEL, BERNARD J | ) Case No. **16-21390-GLT** |
| WETZEL, CHERYL A | ) |
| Debtors, | ) Chapter 7 |
| | ) |
| Rosemary C. Crawford, Trustee | ) Doc. No. |
| | ) |
| Movant, | ) |
| No Respondent. | ) |

### TRANSMITTAL OF UNCLAIMED FUNDS

Rosemary C. Crawford, Trustee of this estate, reports the following:

A check was issued to the following creditor on August 27, 2019, pursuant to the Order at Docket No. 207 approving the Trustee's Proposed Distribution of Property of the Estate.

1. A check made payable to the following creditor has not been cashed and ninety days have passed since the final distribution and a stop payment was placed on the check:

Township of Scott/Chartiers Valley SD                                                                                 $85.15
c/o Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317

Total                                                                                                                                       $85.15

2. Due to this creditor not cashing its check said monies are being turned over to the Court. My Trustee check for $ 85.15 made payable to the Clerk, U.S. Bankruptcy Court is attached to this report.

Respectfully submitted,

/s/ Rosemary C. Crawford
Rosemary C. Crawford, Esq., Trustee
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated June 11, 2020