# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>BERNARD J. WETZEL,<br>CHERYL A., WELTZEL,<br>Debtor(s),<br><br>ROSEMARY CRAWFORD,<br>Trustee,<br><br>NO RESPONDENTS. | §<br>§  Case No. 16-21390-GLT<br>§<br>§  Chapter 7<br>§<br>   Document No. |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Rosemary Crawford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $130,544.00        Assets Exempt: $30,699.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,249.29     Claims Discharged
                                                Without Payment: $7,333.33

Total Expenses of Administration: $6,153.10

---

3) Total gross receipts of $     22,736.25     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     333.86    (see **Exhibit 2**), yielded net receipts of $22,402.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $844,008.61 | $472,710.23 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,153.10 | 6,153.10 | 6,153.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,500.00 | 4,744.61 | 4,744.61 | 4,744.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,556.00 | 11,608.59 | 11,608.59 | 11,504.68 |
| **TOTAL DISBURSEMENTS** | $862,064.61 | $495,216.53 | $22,506.30 | $22,402.39 |

4) This case was originally filed under Chapter 13 on April 12, 2016 and it was converted to Chapter 7 on June 16, 2017. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2020          By: /s/Rosemary Crawford
                              Trustee, Bar No.: 56981

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ATTORNEY RETAINER BALANCE | 1290-000 | 2,736.25 |
| CIVIL CLAIM | 1249-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,736.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WETZEL, BERNARD J | Dividend paid 100.00% on $333.86; Claim# SURPLUS; Filed: $333.86; Reference: | 8200-002 | 333.86 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$333.86** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Rushmore Loan Management Services | 4110-000 | 420,426.61 | 472,710.23 | 0.00 | 0.00 |
| NOTFILED | Cit Fin Serv | 4110-000 | 423,582.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$844,008.61** | **$472,710.23** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Rosemary Crawford | 2100-000 | N/A | 2,990.24 | 2,990.24 | 2,990.24 |
| Trustee Expenses - Rosemary Crawford | 2200-000 | N/A | 50.00 | 50.00 | 50.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Rosemary C. Crawford | 3110-000 | N/A | 2,866.50 | 2,866.50 | 2,866.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Rosemary C. Crawford | 3120-000 | N/A | 56.50 | 56.50 | 56.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.41 | 17.41 | 17.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.50 | 20.50 | 20.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.62 | 18.62 | 18.62 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.18 | 8.18 | 8.18 |
| Other - Clerk, U.S. Bankruptcy Court | 2700-001 | N/A | 85.15 | 85.15 | 85.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,153.10** | **$6,153.10** | **$6,153.10** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Township of Scott/Chartiers Valley SD | 5800-000 | 5,500.00 | 4,744.61 | 4,744.61 | 4,744.61 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$5,500.00** | **$4,744.61** | **$4,744.61** | **$4,744.61** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 719.00 | 719.07 | 719.07 | 719.07 |
| 1I | Cavalry SPV I, LLC | 7990-000 | N/A | N/A | 0.00 | 12.90 |
| 2 | Discover Bank | 7100-000 | 3,200.00 | 4,232.29 | 4,232.29 | 4,232.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | Discover Bank | 7990-000 | N/A | N/A | 0.00 | 75.96 |
| 3I | Township of Scott/Chartiers Valley SD | 7990-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | LVNV Funding, LLC its successors and assigns | 7100-000 | 429.00 | 429.50 | 429.50 | 429.50 |
| 4I | LVNV Funding, LLC its successors and assigns | 7990-000 | N/A | N/A | 0.00 | 7.71 |
| 5 | Capital One NA | 7100-000 | 0.00 | 1,211.39 | 1,211.39 | 1,211.39 |
| 5I | Capital One NA | 7990-000 | N/A | N/A | 0.00 | 21.74 |
| 6 | Peoples Natural Gas Company LLC | 7100-000 | N/A | 3,099.42 | 3,099.42 | 3,099.42 |
| 6I | Peoples Natural Gas Company LLC | 7990-000 | N/A | N/A | 0.00 | 55.62 |
| 7 | Cavalry SPV I, LLC | 7100-000 | 1,176.00 | 1,176.07 | 1,176.07 | 1,176.07 |
| 7I | Cavalry SPV I, LLC | 7990-000 | N/A | N/A | 0.00 | 21.11 |
| 9 | Duquesne Light Company | 7100-000 | N/A | 301.33 | 301.33 | 0.00 |
| 9I | Duquesne Light Company | 7990-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Verizon | 7100-000 | N/A | 132.78 | 132.78 | 132.78 |
| 10I | U.S. Bankruptcy Court - Verizon | 7990-001 | N/A | N/A | 0.00 | 2.38 |
| NOTFILED | Discover Financial | 7100-000 | 4,232.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GRCRB/Empire | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/vctrssec | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Inbryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sears | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Sizes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HenryReinstadtler | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Mt. Lebanon School Efcu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Avenue | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Visa Dept. Store National Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/JC Penneys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| | Duquesne Light Company | 7100-000 | N/A | 301.33 | 301.33 | 301.33 |
| | Duquesne Light Company | 7990-000 | N/A | 5.41 | 5.41 | 5.41 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$12,556.00** | **$11,608.59** | **$11,608.59** | **$11,504.68** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21390-GLT  
**Case Name:** WETZEL, BERNARD J  
WETZEL, CHERYL A  
**Period Ending:** 07/07/20

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 06/16/17 (c)  
**§341(a) Meeting Date:** 08/21/17  
**Claims Bar Date:** 11/20/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1750 SILLVIEW DR., PITTSBURGH, PA 15243 (Amended Value) | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2000 FORD RANGER | 500.00 | 0.00 | | 0.00 | FA |
| 3 | 2001 BUICK CENTURY | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 1995 TOYOTA CELICA | 400.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,740.00 | 0.00 | | 0.00 | FA |
| 6 | ELECTRONICS | 115.00 | 0.00 | | 0.00 | FA |
| 7 | SPORTS EQUIPMENT/HOBBIES | 20.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHING | 345.00 | 0.00 | | 0.00 | FA |
| 9 | JEWELRY | 625.00 | 0.00 | | 0.00 | FA |
| 10 | REFRIGERATOR | 75.00 | 0.00 | | 0.00 | FA |
| 11 | CASH | 25.00 | 0.00 | | 0.00 | FA |
| 12 | PNC BANK CHECKING ACCOUNT | 499.00 | 0.00 | | 0.00 | FA |
| 13 | PNC SAVINGS ACCOUNT | 1,700.00 | 0.00 | | 0.00 | FA |
| 14 | IRA | 23,000.00 | 0.00 | | 0.00 | FA |
| 15 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | VOID ( Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOID (LIsted in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | VOID (Listed  in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 23 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 24 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 25 | VOID (Listed in Error) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | ATTORNEY RETAINER BALANCE  (u) | 2,736.25 | 2,736.25 | | 2,736.25 | FA |

Printed: 07/07/2020 12:56 PM    V.14.66

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21390-GLT  
**Case Name:** WETZEL, BERNARD J  
                 WETZEL, CHERYL A  
**Period Ending:** 07/07/20

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 06/16/17 (c)  
**§341(a) Meeting Date:** 08/21/17  
**Claims Bar Date:** 11/20/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 27 | CIVIL CLAIM (u)<br>    settlement approved awaiting funds | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 28 | DECEDENT ESTATE (Mae E. Robinson) (u)<br>    RCC IS NOT PURSUING ASSET BECAUSE FUNDS COLLECTED EXCEED THE AMOUNT OF UNSECURED CLAIMS | 0.00 | 16,000.00 | | 0.00 | FA |
| 28 | Assets  Totals (Excluding unknown values) | **$153,280.25** | **$38,736.25** | | **$22,736.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/17/19 jeffrey hunt followup re check and will send check to the clerk

12/10/19 stopped payment on dlc checks and mail resissue checks to ebeck
 call counsel ebeck re unclaimed duquesne light checks, and call Goehring re ucashed check
Goehring, Rutter & Boehm
Name
437 Grant Street, 14th Floor
Number        Street
Pittsburgh        PA        15219
City        State        ZIP Code

Contact phone   412-281-0587
Contact email   jhunt@grblaw.com

7/17/19 revised tfr per 7/17/19 email

5/7/19 no complaint objecting to discharge was filed by ust and rcc corr. to afd re status of d.e.; rcc may file tfr because funds received exceed the unsecured claims; request certificate of costs

12/26/18 awaiting ust litigation results

10/18/18 email from afd re henderson letter

7/31/18 $20,000 settlement approved, awaiting funds

5/17/18 call with ryan james re funds pre-bankruptcy

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 16-21390-GLT  
**Case Name:** WETZEL, BERNARD J  
WETZEL, CHERYL A  
**Period Ending:** 07/07/20

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 06/16/17 (c)  
**§341(a) Meeting Date:** 08/21/17  
**Claims Bar Date:** 11/20/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Phone

3/2718 afd spoke to eisenberg who represented scott township and ryan james wanted to be appointed and like sandscript, for special counsel in the 13 re the house, when case converted he was thru from case and eisenberg filed a motion in common pleas to have the case dismissed its property of the estate, rcc needs information and they offered him the case, etc., and first defense is sovereign immunity and half the judges will rule in favor of a municiaplity and if house flooded 4 times will blame the owner, james didn't attend a mediation settlement etc., get an offer, etc., and he came back with $10,000.00; cheryl died and her mother and mother left her some property, etc., and trying to figure it out etc.; jerry eisenberg 412-201-7573; Phone 412-434-6611

(412) 281-7761 16,000 unsecured creditors, Scott Township $20,000

1/9/18 email to afd re debtor's tax returns

12/5/17
corr. to James re lawsuit and afd re d.e.

11/1/17 363 sale - and would - servicier does credit bid, and market for 30 days, at end of 30 days sells to 3rd party, if not sells to servicer'561-981-5337 brad geis bk global

10/12/17561-981-5537 Brad Keiss BK global - Bernard Wetzel - 16-21390 - secured creditor wnts 363 case sale 561-289-4707; requwsting 363 salw from secured creditor - credit bid, list, etc,' carve out fee 3 and 5 per cent - will do the paperwork

10/6/17 855-658-1254 chapter 7 bankruptcy 16-21390 glt Wetzel BK Global wants a case sale x703

8/18/17 call afd re rescheduling meeting,; email afd requesting debtor's tax returns

Keri P. Ebeck, Esq.

707 Grant Street, Suite 2200 Gulf Tower o Pittsburgh, PA 15219  
kebeck@bernsteinlaw.com o P: 412.456.8112 o F: 412.456.8135

| **Initial Projected Date Of Final Report (TFR):** | December 31, 2019 | **Current Projected Date Of Final Report (TFR):** | May 9, 2019  (Actual) |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-21390-GLT | | Trustee: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | WETZEL, BERNARD J | | Bank Name: | Mechanics Bank |
| | WETZEL, CHERYL A | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6746 | | Blanket Bond: | $11,126,585.00 (per case limit) |
| Period Ending: | 07/07/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/18 | {26} | JAMES LAW LLC | BALANCE OF RETAINER FROM ATTY. JAMES (PER COURT ORDER (DOC. #187) | 1290-000 | 2,736.25 | | 2,736.25 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,726.25 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,716.25 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,706.25 |
| 08/29/18 | {27} | SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST | SETTLEMENT PROCEEDS PER COURT ORDER NO. 186 | 1249-000 | 20,000.00 | | 22,706.25 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22,696.25 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.41 | 22,678.84 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.50 | 22,658.34 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.62 | 22,639.72 |
| 01/24/19 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/24/2019 FOR CASE #16-21390, Bond #016026363 | 2300-000 | | 8.18 | 22,631.54 |
| 08/27/19 | 102 | Rosemary Crawford | Dividend paid 100.00% on $2,990.24, Trustee Compensation; Reference: | 2100-000 | | 2,990.24 | 19,641.30 |
| 08/27/19 | 103 | Rosemary Crawford | Dividend paid 100.00% on $50.00, Trustee Expenses; Reference: | 2200-000 | | 50.00 | 19,591.30 |
| 08/27/19 | 104 | Rosemary C. Crawford | Dividend paid 100.00% on $2,866.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,866.50 | 16,724.80 |
| 08/27/19 | 105 | Rosemary C. Crawford | Dividend paid 100.00% on $56.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 56.50 | 16,668.30 |
| 08/27/19 | 106 | Township of Scott/Chartiers Valley SD | Dividend paid 100.00% on $4,744.61; Claim# 3; Filed: $4,744.61; Reference: | 5800-000 | | 4,744.61 | 11,923.69 |
| 08/27/19 | 107 | Cavalry SPV I, LLC | Dividend paid 100.00% on $719.07; Claim# 1; Filed: $719.07; Reference: | 7100-000 | | 719.07 | 11,204.62 |
| 08/27/19 | 108 | Discover Bank | Dividend paid 100.00% on $4,232.29; Claim# 2; Filed: $4,232.29; Reference: | 7100-000 | | 4,232.29 | 6,972.33 |
| 08/27/19 | 109 | LVNV Funding, LLC its successors and assigns | Dividend paid 100.00% on $429.50; Claim# 4; Filed: $429.50; Reference: | 7100-000 | | 429.50 | 6,542.83 |
| 08/27/19 | 110 | Capital One NA | Dividend paid 100.00% on $1,211.39; Claim# 5; Filed: $1,211.39; Reference: | 7100-000 | | 1,211.39 | 5,331.44 |
| 08/27/19 | 111 | Peoples Natural Gas Company LLC | Dividend paid 100.00% on $3,099.42; Claim# 6; Filed: $3,099.42; Reference: | 7100-000 | | 3,099.42 | 2,232.02 |
| 08/27/19 | 112 | Cavalry SPV I, LLC | Dividend paid 100.00% on $1,176.07; Claim# 7; Filed: $1,176.07; Reference: | 7100-000 | | 1,176.07 | 1,055.95 |
| 08/27/19 | 113 | Duquesne Light Company | Dividend paid 100.00% on $301.33; Claim# 9; Filed: $301.33; Reference: | 7100-000 | | 301.33 | 754.62 |

Subtotals : $22,736.25    $21,981.63

{} Asset reference(s)

Printed: 07/07/2020 12:56 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-21390-GLT  
**Case Name:** WETZEL, BERNARD J  
WETZEL, CHERYL A  
**Taxpayer ID #:** **-***6746  
**Period Ending:** 07/07/20

**Trustee:** Rosemary Crawford (580750)  
**Bank Name:** Mechanics Bank  
**Account:** ******3166 - Checking Account  
**Blanket Bond:** $11,126,585.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 12/10/19 | | | | |
| 08/27/19 | 114 | Verizon | Dividend paid 100.00% on $132.78; Claim# 10; Filed: $132.78; Reference: | 7100-000 | | 132.78 | 621.84 |
| 08/27/19 | 115 | Cavalry SPV I, LLC | Dividend paid 100.00% on $0.00; Claim# 1I; Filed: $0.00; Reference: | 7990-000 | | 12.90 | 608.94 |
| 08/27/19 | 116 | Discover Bank | Dividend paid 100.00% on $0.00; Claim# 2I; Filed: $0.00; Reference: | 7990-000 | | 75.96 | 532.98 |
| 08/27/19 | 117 | Township of Scott/Chartiers Valley SD | Dividend paid 100.00% on $0.00; Claim# 3I; Filed: $0.00; Reference:<br>Stopped on 06/11/20 | 7990-000 | | 85.15 | 447.83 |
| 08/27/19 | 118 | LVNV Funding, LLC its successors and assigns | Dividend paid 100.00% on $0.00; Claim# 4I; Filed: $0.00; Reference: | 7990-000 | | 7.71 | 440.12 |
| 08/27/19 | 119 | Capital One NA | Dividend paid 100.00% on $0.00; Claim# 5I; Filed: $0.00; Reference: | 7990-000 | | 21.74 | 418.38 |
| 08/27/19 | 120 | Peoples Natural Gas Company LLC | Dividend paid 100.00% on $0.00; Claim# 6I; Filed: $0.00; Reference: | 7990-000 | | 55.62 | 362.76 |
| 08/27/19 | 121 | Cavalry SPV I, LLC | Dividend paid 100.00% on $0.00; Claim# 7I; Filed: $0.00; Reference: | 7990-000 | | 21.11 | 341.65 |
| 08/27/19 | 122 | Duquesne Light Company | Dividend paid 100.00% on $0.00; Claim# 9I; Filed: $0.00; Reference:<br>Stopped on 12/10/19 | 7990-000 | | 5.41 | 336.24 |
| 08/27/19 | 123 | WETZEL, BERNARD J | Dividend paid 100.00% on $333.86; Claim# SURPLUS; Filed: $333.86; Reference: | 8200-002 | | 333.86 | 2.38 |
| 08/27/19 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7990-001 | | 2.38 | 0.00 |
| 12/10/19 | 113 | Duquesne Light Company | Dividend paid 100.00% on $301.33; Claim# 9; Filed: $301.33; Reference:<br>Stopped: check issued on 08/27/19 | 7100-000 | | -301.33 | 301.33 |
| 12/10/19 | 122 | Duquesne Light Company | Dividend paid 100.00% on $0.00; Claim# 9I; Filed: $0.00; Reference:<br>Stopped: check issued on 08/27/19 | 7990-000 | | -5.41 | 306.74 |
| 12/10/19 | 125 | Duquesne Light Company | Dividend paid 100.00% on $301.33; Claim# 9; Filed: $301.33; Reference: | 7100-000 | | 301.33 | 5.41 |
| 12/10/19 | 126 | Duquesne Light Company | Dividend paid 100.00% on $0.00; Claim# 9I; Filed: $0.00; Reference: | 7990-000 | | 5.41 | 0.00 |
| 06/11/20 | 117 | Township of Scott/Chartiers Valley SD | Dividend paid 100.00% on $0.00; Claim# 3I; Filed: $0.00; Reference:<br>Stopped: check issued on 08/27/19 | 7990-000 | | -85.15 | 85.15 |
| 06/11/20 | 127 | Clerk, U.S. Bankruptcy Court | Transmittal of Unclaimed Funds | 2700-001 | | 85.15 | 0.00 |

Subtotals : $0.00    $754.62

{} Asset reference(s)

Printed: 07/07/2020 12:56 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 16-21390-GLT
**Case Name:** WETZEL, BERNARD J
                WETZEL, CHERYL A
**Taxpayer ID #:** **-***6746
**Period Ending:** 07/07/20

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** Mechanics Bank
**Account:** ******3166 - Checking Account
**Blanket Bond:** $11,126,585.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 22,736.25 | 22,736.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,736.25 | 22,736.25 | |
| | | | Less: Payments to Debtors | | | 333.86 | |
| | | | **NET Receipts / Disbursements** | | **$22,736.25** | **$22,402.39** | |

```
            Net Receipts :      22,736.25
  Less Payments to Debtor :        333.86
                            _____
               Net Estate :    $22,402.39
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3166** | 22,736.25 | 22,402.39 | 0.00 |
| | $22,736.25 | $22,402.39 | $0.00 |